**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| ANDREW ALLEN, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 20-1910 (5:18-cv-00520-FL) |
| | ) | |
| ATLAS BOX AND CRATING CO., | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants - Appellees. | ) | |
| | ) | |

**APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 31(c) of the Fourth Circuit Local Rules, Appellant Andrew Allen, through counsel, respectfully requests that the deadline to file his opening brief and the joint appendix be extended from March 30, 2022, to April 29, 2022. Counsel for Appellant has conferred with Appellees' counsel, and Appellees consent to this motion.

Good cause exists for the extension, and this motion is not made for any improper purpose or delay. This Court appointed undersigned counsel to represent Appellant on February 18, 2022. This request for extension is necessary to accommodate scheduling conflicts and professional commitments in other matters. In addition, an extension of time will allow appointed counsel to adequately consult with Appellant regarding the arguments and issues on appeal before filing the

1

opening brief.  This is Appellant's first request for an extension, and Appellant does not anticipate any further requests.  For these reasons, Appellant requests that the deadline to file his opening brief and joint appendix be extended by 30 days from March 30, 2022, to April 29, 2022.

Dated: March 23, 2022

Respectfully submitted,

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis
MCGUIREWOODS LLP
501 Fayetteville Street
Suite 500
Raleigh, NC 27601
T: (919) 755-6688

*Counsel for Appellant Andrew Allen*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I electronically filed the foregoing Motion with the Clerk of this Court using the CM/ECF System, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

*/s/ Jonathan Y. Ellis*